IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD JOHNS and KELLIE JOHNS                                PLAINTIFFS

v.                        No. 4:24-cv-329-DPM

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                             DEFENDANT

## ORDER

The Johns made a claim on their homeowner's policy. They believe Allstate intentionally ignored damages to their home and underpaid their claim. They filed a lawsuit in Pulaski County Circuit Court. Allstate removed the case here. Allstate now moves to dismiss, arguing that it wasn't served on time under the Arkansas Rules of Civil Procedure. The Johns say that they tried to serve Allstate before the deadline expired. But they allowed four days for Allstate to receive service by certified mail to its registered agent. That pushed service past the deadline. They contend that these circumstances amount to excusable neglect under the Federal Rules of Civil Procedure.

The Arkansas Rules of Civil Procedure apply because service occurred before removal. *Barner v. Thompson/Center Arms Co. Inc.*, 796 F.3d 897, 900 (8th Cir. 2015). Allstate is correct that Rule 4(i)'s strict compliance standard governs because it didn't file an answer. *Wine v. Chandler*, 2020 Ark. App. 412, at 10-11, 607 S.W.3d 522, 528-29. And the

parties agree that service wasn't timely. In the circumstances, and absent any agreement to overlook the service defect, this Court has no choice. The Johns's complaint must be dismissed without prejudice. Ark. R. Civ. P. 4(i).

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 May 2024