IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD JOHNS and KELLIE JOHNS                              PLAINTIFFS

v.                         No. 4:24-cv-329-DPM

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                            DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 May 2024